U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAY 15 2014

TONY R. M_____ CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| DWAYNE BOUDREAUX | CIVIL ACTION NO. 3:13CV2515 SEC P |
| VERSUS | JUDGE WALTER |
| LARRY G COX, ET AL | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, and DECREED** that the Motion for Summary Judgment [doc. # 18], filed by Defendants Larry Cox and Major Johnson, be **GRANTED**, and that the Complaint, [doc. # 1], be **DISMISSED without prejudice for failure to exhaust administrative remedies, but DISMISSED with prejudice** for purposes of proceeding in forma pauperis pursuant to 28 U.S.C. § 1915.

THUS DONE AND SIGNED in chambers, this 15 day of May 2014, Monroe, Louisiana.

Donald E. Walter
United States District Judge